# United States Court of Appeals
## For the First Circuit

### Designation of Attorney Presenting Oral Argument

**Counsel who intend to present oral argument to the court must file this form no later than two weeks prior to oral argument.**

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: _____

Case Name: _____

Date of Argument: _____

Location of Argument:        Boston        Puerto Rico        Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
_____

Attorney Name: _____    First Circuit Bar No.: _____

Phone Number: _____    Fax Number: _____

Email: _____

Check the box that applies:

    I have already filed an appearance in this matter.

    I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

_____        _____
(Signature)                                                            (Date)

PLEASE NOTE:   Only arguing counsel will be notified by phone when the opinion is released.